190 So. 98

**Joe HART v. STATE.**

**5 Div. 301.**

Supreme Court of Alabama.

June 22, 1939.

Thos. S. Lawson, Atty. Gen., and Edwina Mitchell, Asst. Atty. Gen., for the State.

Robert S. Milner and Paul M. Page, both of Dadeville, opposed.

**KNIGHT, Justice.**

This cause is before this Court on petition of the State of Alabama, on relation

of the Attorney General, for writ of certiorari to the Court of Appeals, to review and revise the opinion and judgment of said court in the case of Joe Hart v. State of Alabama, 190 So. 95.

Writ denied.

All the Justices concur.